FILED
March 27, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT
1:23-cv-062-H

I'M A FREEMASON DECLARED 3/23/23 And No Fellow will Release Me And I'm Suffering. I'm Formerly known as KEVIN MARLON MYERS I've Changed MY NAME BY CLAIM RIGHT IN DISTRICT

Please 104th TO A. LIBERTY. FREEDOM

Help Me in Court AND I WAS ARRESTED ON MAY 31, 2022 around 8:30am CAUSE NO. 22097-B; GOD 23617-B; 23674-B, In which

I'M SCARED when I WENT TO COURT I DECLARED MY FREEDOM & I wasn't Released FOR Judge Jeff Propst & Elizabeth Ayres MY Tommy Pope Tyler Vinson are Associated LIFE Case Party: State of Texas along with AS Jenny Henley Attorney At Law and Joel Wilks A as District ATTORNEY on the case of action. FREEMAN Every right known to Citizens of The United States Have Been Violated. I've grieved & CRIED AND AM SUFFERING YET No Fellow will Help Me.

3/24/23 I'M A FREEMEN FREEMAN FREEMASON Please Help Me

I'M A FREEMASON
PLEASE HELP
PRE-TRIAL DETAINEE
Suffering

A. LIBERTY. FREEMAN
SO#119199=F.K.A.
910 S 27th St
Abilene, Tx 79602

LEGAL MAIL Abilene TX 796
24 MAR 2023 PM 1 T

TAYLOR COUNTY
INMATE CORRESPONDENCE

OFFICIAL BUSINESS

United States District Court
OFFICE OF THE CLERK
Northern District of Texas
311 PINE STREET, Rm 2008
Abilene, Tx 79601

RECEIVED
MAR 27 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

IM A FREEMASON
HELP ME